CATHERINE M. WALSH, Appellant, v. AUGUSTUS Y. VAN AMRINGE, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

MARY E. WEBB, Respondent, v. DALE & CAIN, INC., Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on account of error in permitting the testimony appearing at folios 117–119, inclusive, of the record. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

## FOURTH DEPARTMENT, OCTOBER, 1918.

In the Matter of the Application of CARL H. SMITH, Appellant, for a Writ of Mandamus against ARTHUR W. KREINHEDER, as Commissioner of Public Works of the City of Buffalo, New York, Respondent.— Order affirmed, with costs. All concurred.

JOSEPHINE K. CLARK, Respondent, v. GEORGE B. LESTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

JOSEPHINE K. CLARK, Respondent, v. JULIUS FLEISCHMANN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

WEST END BREWING COMPANY, Respondent, v. EDWARD J. HEALEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

HENRY P. BACHERT and Another, Individually and as Executors, etc., and Others, Appellants, v. CHARLES A. WHITE, Respondent.— Motion to amend decision denied. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concurred.

JAMES E. RATCHFORD, Respondent, v. JAMES A. OUTTERSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

EDWARD F. DIBBLE, SEEDGROWER, Respondent, v. HARRY F. JACKSON, as President of the SUFFOLK COUNTY SEED CORN ASSOCIATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Probate of the Last Will and Testament of JUSTINA R. HEATH, Deceased. AJAH R. PALMER and Another, Respondents, v. ELLA HEATH WHITBECK, Appellant.— Decree affirmed, with one bill of costs against contestant personally, to be divided between the respondents appearing on this appeal by separate attorneys. All concurred.

In the Matter of the Appraisal of the Estate of FRANK G. WADSWORTH, Deceased, under the Acts in Relation to the Taxable Transfers of Property. EUGENE M. TRAVIS, Comptroller of the State of New York, Appellant; LEWIS R. MATHER and Another, as Executors, etc., and Another, Respondents.— Order affirmed, with costs. All concurred; De Angelis, J., not sitting.

In the Matter of EDWARD GIBBONS, an Alleged Incompetent Person, Respondent. SADIE G. BRADBURY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.